**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Araceli Palacios, Claudia Hernandez, Elizabeth Fabian-Gonzalez, Josefin Garduno, and Marcela Arreguin, v. Metro Kleener, LLC., Vipul Aggarwal, and Mihir Kothari | FILED: AUGUST 1, 2008<br>08CV4373<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE KEYS<br>TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>Christopher J. Williams | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christopher J. Williams | |
| FIRM<br>Working Hands Legal Clinic | |
| STREET ADDRESS<br>77 W. Washington St., Ste. 1402 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284262 | TELEPHONE NUMBER<br>(312)-795-9115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |