**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Araceli Palacios, Claudia Hernandez, Elizabeth Fabian-Gonzalez, Josefin Garduno, and Marcela Arreguin, v. Metro Kleener, LLC., Vipul Aggarwal, and Mihir Kothari | FILED: AUGUST 1, 2008<br>08CV4373<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE KEYS<br>TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| |
|---|
| NAME (Type or print)<br>John E. Untereker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John E. Untereker |
| FIRM<br>Working Hands Legal Clinic |
| STREET ADDRESS<br>77 W. Washington St., Ste. 1402 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290945 | TELEPHONE NUMBER<br>(312)-795-9115 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐